UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMIRA ABDO OMAR, et al.,<br><br>　　　　　Defendants. | No. 1:16-cv-00965-DAD-MJS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE WILLIAM E. BUFORD FROM THIS ACTION<br><br>(Doc. No. 5) |

On July 11, 2016, plaintiff filed a notice of voluntary dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of defendant William E. Buford, Trustee of the William E. Buford and Marcelyn M. Buford Revocable Trust, dated January 1, 1996. (Doc. No. 5.) No responsive pleading has been filed in this action. In light of this, defendant William E. Buford has been dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the court directs the Clerk of Court to terminate William E. Buford from the action.

IT IS SO ORDERED.

Dated: **July 12, 2016**　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1